**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-2405**

_____

TAMMY L. LONDEREE,

Plaintiff - Appellant,

versus

CRUTCHFIELD   CORPORATION,   d/b/a   Crutchfield
Corporation; MARK MAYNARD; JEFF CLATTERBUCK,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville.   James H. Michael, Jr., Senior District Judge.  (CA-99-31-3)

_____

Submitted:  March 20, 2000          Decided:  March 29, 2000

_____

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Tammy L. Londeree, Appellant Pro Se.   Bruce McCoy Steen, Kerri Borchardt Taylor, MCGUIRE, WOODS, BATTLE & BOOTHE, Charlottesville, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tammy Londeree appeals the district court's order dismissing her action filed pursuant to 42 U.S.C.A. § 2000e-2000e-17 (West 1994 & Supp. 1999) for lack of personal jurisdiction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Londeree v. Crutchfield Corp.</u>, No. CA-99-31-3 (W.D. Va. Sept. 29, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>